UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTOPHER PIPER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08 0014 |
| CPL. L. RATLIFF, *et al.*, | ) ) ) |
| Defendants. | ) |

### MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint.

It appears that plaintiff already has filed a civil action with respect to the incident described in the instant complaint. *See Piper v. Cpl. L. Ratliff, et al.*, Civ. No. 07-1417 (EGS). The Court will dismiss the instant complaint as duplicative. An Order consistent with this Memorandum Opinion will be issued separately on this same date.

/s/ Ellen S. Huvelle
United States District Judge

Date: 11/21/07

1